Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
JOHN MORALES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, | No. 1:10-CV-01883-AWI-DLB |
| Plaintiff, | **NOTICE OF DISMISSAL OF ACTION; ORDER** |
| vs. | |
| B.P.B. FOODS, INC., et al., | |
| Defendants. | |

WHEREAS, no Defendant has appeared in this action;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed in this action;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(a)(i).

Date: February 7, 2011            MOORE LAW FIRM, P.C.


                                  /s/Tanya E. Moore
                                  Tanya E. Moore
                                  Attorneys for Plaintiff

*Morales v. B.P.B. Foods, Inc., et al.*
Request for Dismissal

Page 1

1 **ORDER**

2     Good cause appearing,

3     IT IS HEREBY ORDERED that this action be dismissed with prejudice <u>in its entirety</u>.

7 IT IS SO ORDERED.

8 Dated:   February 7, 2011

9                                         CHIEF UNITED STATES DISTRICT JUDGE